JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIO ROBERTO PLEITES,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

Case No. 2:26-cv-07759-SB-DMK

ORDER OF DISMISSAL

The parties notified the Court by email today that they have settled the case and expect to fully execute their settlement agreement within 24 hours, and they jointly request that the mandatory scheduling conference tomorrow be vacated. Although the parties should have filed a notice of settlement on the docket, the Court vacates the mandatory scheduling conference and dismisses this action in its entirety without prejudice. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: August 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge