UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ROBERTO PLEITES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-07759-SB (DMKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. NO. 16)** |

Pursuant to the parties' Stipulation of Dismissal (Dkt. No. 16), all claims and causes of action in this case are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without any findings of liability, fault, or damages, and without award of fees or costs to any party.

Dated: August 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge